UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DREW MACEWEN, ANDREW BARKIS, CHRIS CORRY, BRANDON VICK, KELLY CHAMBERS, MICHAEL MCKEE, FRAN WILLS, BRUCE RUSSELL, PHIL FORTUNATO, DAVE MCMULLAN, AND ISAAC VELLEKAMP,

   *Plaintiffs*,

   v.

JAY INSLEE, in my official capacity as the Governor of Washington,

   *Defendant*.

No. 3:20-cv-05423

DECLARATION OF JOEL ARD IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I, Joel Ard, make the following declaration under penalty of perjury:

1. I am counsel to Plaintiffs in the above-entitled action and have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of a May 18, 2020 post made on the online publishing platform Medium by the official WA Governor's Office, the official Medium account of the Office of the Governor of the State of Washington.

3. Attached hereto as Exhibit B is a true and correct copy of a May 20, 2020 letter written and signed by Malcolm Butler, M.D., the Chief Medical Officer of Columbia Valley Community Health and Health Officer of the Chelan–Douglas Health District.

MACEWEN V. INSLEE
DECLARATION OF JOEL ARD - 1
No. 3:20-cv-05423

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

4. Attached hereto as Exhibit C is a true and correct copy of the Chelan–Douglas Health District Pandemic Influenza Preparedness and Response Plan.

5. Attached hereto as Exhibit D is a true and correct copy of the Clark County Pandemic Influenza Response Plan.

6. Attached hereto as Exhibit E is a true and correct copy of the King County Pandemic Influenza Response Plan.

7. Attached hereto as Exhibit F is a true and correct copy of the King County Environmental Health Services Division Emergency Response Plan.

8. Attached hereto as Exhibit G is a true and correct copy of the Pierce County Pandemic Influenza Response Plan, Revision 7.

9. Attached hereto as Exhibit H is a true and correct copy of the Whitman County Public Health Staged Pandemic Influenza Plan.

10. Attached hereto as Exhibit I is a true and correct copy of the Yakima County Comprehensive Emergency Management Plan — Basic Plan.

11. Attached hereto as Exhibit J is a true and correct copy of the Pandemic Influenza Plan Summary — Washington State Department of Health.

SIGNED May 26, 2020, at Bainbridge Island, Washington.

By: _____
Joel B. Ard

MacEwen v. Inslee
Declaration of Joel Ard - 2
No. 3:20-cv-05423

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243