UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DREW MACEWEN, ANDREW BARKIS, CHRIS CORRY, BRANDON VICK, KELLY CHAMBERS, MICHAEL MCKEE, FRAN WILLS, BRUCE RUSSELL, Phil Fortunato, Dave McMullan, Isaac Vellekamp, and Marcus Torrey,

    *Plaintiffs*,

v.

JAY INSLEE, in his official capacity as the Governor of Washington,

    *Defendant.*

No. 3:20-cv-05423

DECLARATION OF DREW MACEWEN

I, Drew MacEwen, make the following declaration under penalty of perjury:

1. I am a plaintiff in the above-entitled action and have personal knowledge of the facts stated herein.

2. I am a resident of Mason County Washington, and elected state representative for the 35th Legislative District.

3. I also own two restaurants in Washington state.

4. The first is Smokin Mo's.

5. The second is the Dock Bar and Eatery.

6. Both restaurants are limited to take out which severely limits operations and revenue, constraining the ability to pay obligations, as a result of the Proclamations.

MACEWEN V. INSLEE
DECLARATION OF DREW MACEWEN - 1
NO. 3:20-CV-05423

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

1  7. But for the Proclamations, both restaurants would be fully open and operating.

2  8. I am losing money every day due to the Proclamations.

4  SIGNED, May 19, 2020, at _____Union_____, Washington.

By: _____
DREW MACEWEN

MACEWEN V. INSLEE
DECLARATION OF DREW MACEWEN - 2
No. 3:20-CV-05423

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243