UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DREW MACEWEN, ANDREW BARKIS, CHRIS CORRY, BRANDON VICK, KELLY CHAMBERS, MICHAEL MCKEE, FRAN WILLS, BRUCE RUSSELL, Phil Fortunato, Dave McMullan, Isaac Vellekamp, and Marcus Torrey,

Plaintiffs,

v.

JAY INSLEE, in my official capacity as the Governor of Washington,

Defendant.

No. 3:20-cv-05423

DECLARATION OF DAVE MCMULLAN

I, Dave McMullan, make the following declaration under penalty of perjury:

1. I am a plaintiff in the above-entitled action and have personal knowledge of the facts stated herein.

2. I am a resident of Washington.

3. I normally attend church in Washington state.

4. I and my fellow congregants are Bible-believing Christians who are compelled, as a matter of religious conscience, to "not forsak[e] the assembling of ourselves together" in physical, corporate worship. Hebrews 10:25 (KJV).

5. My church is closed as a result of the Proclamations.

6. But for the Proclamations, my church would be open.

MACEWEN V. INSLEE
DECLARATION OF DAVE MCMULLAN - 1
No. 3:20-CV-05423

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

7. I am deprived of the ability to worship at church due to the Proclamations.

8. I am moreover deprived of the ability to fulfil a critical religious obligation due to the Proclamations.

9. I am also deprived of the fellowship I normally enjoy at church due to the Proclamations.

10. I also work as an exterminator in Washington state.

11. Although extermination is deemed an essential business by the Proclamations, the jobs of most of my clients are not.

12. Most of my clients are prevented from working as a result of the Proclamations.

13. My clients are no longer earning money, and can no longer afford to hire my services due to the Proclamations.

14. But for the Proclamations, my clients would be hiring me for extermination.

15. I am losing money every day due to the Proclamations.

16. I have had to stop paying myself in order to afford my one employee's paycheck.

SIGNED, May 19, 2020, at Puyallup, Washington.

By: /s/ Dave McMullan
DAVE MCMULLAN

MACEWEN V. INSLEE
DECLARATION OF DAVE MCMULLAN - 2
No. 3:20-cv-05423

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243