UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DREW MACEWEN, ANDREW BARKIS, CHRIS CORRY, BRANDON VICK, KELLY CHAMBERS, PHIL FORTUNATO, MICHAEL MCKEE, FRAN WILLS, BRUCE RUSSELL, DAVE MCMULLAN, AND ISAAC VELLEKAMP,

    *Plaintiffs*,

v.

JAY INSLEE, in his official capacity as the Governor of Washington,

    *Defendant.*

No. 3:20-cv-05423-BHS

MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF

## MOTION

Pursuant to Local Rule 7(f), Plaintiffs Drew MacEwen et al. hereby request that the court grant leave to file a brief in excess of the twenty-four page limit imposed by LR 7(e)(3), namely, Plaintiff's Motion for a Preliminary Injunction.

The instant motion is made in light of the gravity of the issues involved, and the benefit to the Court of a full discussion of the issues related to the merits of Plaintiffs' brief. In addition, because of the emergent nature of the relief being requested, Plaintiffs are unable to rewrite the brief in order to bring its length within the 24-page limit.

By submitting this Motion, Plaintiffs hereby consent to the filing of an overlength brief in response by the Defendant Governor Jay Inslee.

A proposed order is attached.

//

MOTION TO FILE OVERLENGTH BRIEF - 1
No. 3:20-cv-05423-BHS

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

1  //

2

3  May 26, 2020.

4                                              ARD LAW GROUP PLLC

5

6                                              By: _____
                                                Joel B. Ard, WSBA # 40104
7                                               P.O. Box 11633
                                                Bainbridge Island, WA 98110
8                                               (206) 701-9243
9                                               Attorneys for Plaintiffs

10                                             ALBRECHT LAW PLLC

11

12                                             By: _____
                                                David K. DeWolf, WSBA #10875
13                                              421 W. Riverside Ave., Ste. 614
                                                Spokane, WA 99201
14                                              (509) 495-1246
15                                              Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

MOTION TO FILE OVERLENGTH BRIEF - 2                                ARD LAW GROUP PLLC
No. 3:20-cv-05423-BHS
                                                                   P.O. Box 11633
                                                                   Bainbridge Island, WA 98110
                                                                   Phone: (206) 701-9243

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the United States of America that on May 26, 2020, I filed the foregoing Motion for Preliminary Injunction in *MacEwen et al. v. Inslee*, No. 3:20-cv-05423-BHS, with the Court's CM/ECF system, which will give notice to all parties and counsel of record.

                Ard Law Group PLLC

By *[signature]*

Joel B. Ard, WSBA # 40104
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243
Joel@Ard.law

Attorneys for Plaintiffs

Certificate Of Service
No. 3:20-cv-05423-BHS

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243