UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DREW MACEWEN, ANDREW BARKIS, CHRIS CORRY, BRANDON VICK, KELLY CHAMBERS, PHIL FORTUNATO, MICHAEL MCKEE, FRAN WILLS, BRUCE RUSSELL, DAVE MCMULLAN, AND ISAAC VELLEKAMP,

  Plaintiffs,

v.

JAY INSLEE, in his official capacity as the Governor of Washington,

  Defendant.

No. 3:20-cv-05423-BHS

[PROPOSED] ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF

Plaintiffs' motion to file a motion for preliminary injunction in excess of twenty-four pages is GRANTED.

IT IS SO ORDERED.

Dated: _____

_____

The Honorable Benjamin H. Settle
United States District Judge

[PROPOSED] ORDER RE LEAVE TO FILE OVERLENGTH BRIEF - 1
No. 3:20-cv-05423-BHS

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

# CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the United States of America that on May 26, 2020, I filed the foregoing Motion for Preliminary Injunction in *MacEwen et al. v. Inslee*, No. 3:20-cv-05423-BHS, with the Court's CM/ECF system, which will give notice to all parties and counsel of record.

ARD LAW GROUP PLLC

By _____

Joel B. Ard, WSBA # 40104
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243
Joel@Ard.law

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE
No. 3:20-cv-05423-BHS

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243