UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DREW MACEWEN, ANDREW BARKIS, CHRIS CORRY, BRANDON VICK, KELLY CHAMBERS, PHIL FORTUNATO, MICHAEL MCKEE, FRAN WILLS, BRUCE RUSSELL, DAVE MCMULLAN, AND ISAAC VELLEKAMP,

*Plaintiffs*,

v.

JAY INSLEE, in his official capacity as the Governor of Washington,

*Defendant.*

No. 3:20-cv-05423-BHS

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

THIS MATTER came before the Court on Plaintiffs' Motion for Preliminary Injunction. The Court has considered the papers and pleadings filed herein.

Based on the above, the Court makes the following findings:

1. Continued enforcement of the stay-at-home orders issued pursuant to the Governor's Proclamations regarding COVID-19 are not the least restrictive means to protect the public health of Washington residents.

THEREFORE, it is ORDERED, JUDGED and DECREED that Governor Jay Inslee is hereby enjoined from enforcing the orders issued pursuant to his COVID-19 Proclamations to the extent that they infringe upon the rights of the free exercise of religion, the right to peaceably assemble, and the right to earn a livelihood.

///

///

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION
No. 3:20-cv-05423-BHS

ARD LAW GROUP PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

1  IT IS SO ORDERED.

2  DATED this _____ day of _____ 2020

    _____
    THE HONORABLE BENJAMIN H. SETTLE

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION
No. 3:20-cv-05423-BHS

ARD LAW GROUP PLLC

P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243

## Certificate Of Service

I certify under penalty of perjury under the laws of the United States of America that on May 26, 2020, I filed the foregoing Proposed Order Granting Preliminary Injunction in *MacEwen et al. v. Inslee*, No. 3:20-cv-05423-BHS, with the Court's CM/ECF system, which will give notice to all parties and counsel of record.

Ard Law Group PLLC

By _____

Joel B. Ard, WSBA # 40104
P.O. Box 11633
Bainbridge Island, WA 98110
(206) 701-9243
Joel@Ard.law

Attorneys for Plaintiffs

[PROPOSED] Order Granting Preliminary Injunction
No. 3:20-cv-05423-BHS

Ard Law Group PLLC
P.O. Box 11633
Bainbridge Island, WA 98110
Phone: (206) 701-9243