UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DREW MACEWEN, ANDREW SARKIS, CHRIS CORRY, MICHAEL MCKEE, LEE PLFUGER, BRANDON VICK, FRAN WILLS, AND BRUCE RUSSELL,<br><br>Plaintiff,<br><br>vs.<br><br>JAY LNSLEE, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF WASHINGTON<br><br>Defendants. | No. 3:20-cv-05423-BHS<br><br>PRAECIPE TO CORRECT MOTION FOR PRELIMINARY INJUNCTION |

TO: THE CLERK OF THE COURT
AND TO: ALL COUNSEL OF RECORD

Please replace the Motion for Preliminary Injunction with the attached corrected and noted Motion For Preliminary Injunction.

DATED Tuesday, May 26, 2020.

ALBRECHT LAW PLLC
Attorneys for Plaintiff

By: /s/ David K. Dewolf
David K. Dewolf, WSBA #10875
421 W Riverside Ave, STE 614
Spokane, WA 99201  (509) 495-1246

No. 3:20-cv-05423-BHS

PRAECIPE TO CORRECT MOTION FOR PRELIMINARY INJUNCTION
Page 1 of 2

ALBRECHT LAW
421 W Riverside Ave, STE 614
Spokane, WA 99201 (509) 495-1246

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the United States of America that on May 26, 2020, I filed the foregoing Praecipe to Correct Motion For Preliminary Injunction in *MacEwen et al. v. Inslee*, No. 3:20-cv-05423-BHS, with the Court's CM/ECF system, which will give notice to all parties and counsel of record.

Signed at Spokane, Washington on May 26, 2020

*/s/ Melanie Evans*
Melanie Evans, Paralegal

No. 3:20-cv-05423-BHS

PRAECIPE TO CORRECT MOTION FOR
PRELIMINARY INJUNCTION
Page 2 of 2



ALBRECHT LAW PLLC
421 W Riverside Ave, STE 614
Spokane, WA 99201 (509) 495-1246