The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| DREW MACEWEN, *et al.*, | NO.  3:20-cv-05423-BHS |
| Plaintiff, | DEFENDANT GOVERNOR JAY INSLEE'S ANSWER TO AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF |
| vs. | |
| GOVERNOR JAY INSLEE, in his official capacity as the Governor of Washington, | AND |
| Defendant. | AFFIRMATIVE DEFENSES |

## GENERAL DENIAL

The Defendant, Jay Inslee, in his official capacity as Governor of the State of Washington, by and through his attorneys, Attorney General Robert W. Ferguson, Assistant Attorneys General Zachary Pekelis Jones and Brendan Selby, and Deputy Solicitors General Jeffrey T. Even, Emma S. Grunberg, and Paul M. Weideman, hereby answers Plaintiffs' Amended Complaint for Declaratory Judgment and Injunctive Relief (Complaint). Except as herein expressly admitted or qualified, Defendant denies each and every allegation, statement, or charge contained in the Complaint, and denies that Plaintiff is entitled to any of the relief requested. The coronavirus disease 2019 (COVID-19) pandemic is an unprecedented state, national, and international emergency that has demanded an unprecedented governmental response to protect public health. The emergency orders issued by the Governor of Washington, like similar orders issued by numerous national, state,

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

1

regional, and local governments around the world, currently represent the best mechanism to mitigate the spread of COVID-19, which has no vaccine and no known cure. Statewide emergency action is a drastic measure, to be sure. But it is also a necessary one, as well as a lawful exercise of the Governor's express powers that infringes none of Plaintiff's constitutional rights. Defendant responds to the numbered allegations in the Complaint as follows:

## I.       INTRODUCTION

1.       Defendant denies the descriptive characterizations contained in Paragraph 1. Defendant admits that a novel coronavirus began circulating in Washington in late 2019 or early 2020. Defendant admits that the virus affected residents of nursing homes in King County. Defendant admits that the virus affected Hubei province, China. Defendant is without information sufficient to form a belief as to the truth of the remainder of the allegations in Paragraph 1, and therefore denies the same.

2.       Defendant denies the descriptive characterizations contained in Paragraph 2. Defendant admits that available evidence and modeling suggested a potential public health disaster, that the virus appeared to spread quickly and primarily by respiratory droplets, and that the rate of spread raised concerns as to the state's hospital capacity being overwhelmed. Defendant is without information sufficient to form a belief as to the truth of the remainder of the allegations in Paragraph 2, and therefore denies the same.

3.       Defendant denies the descriptive characterizations contained in Paragraph 3. Defendant admits that models suggested that Washington could run out of hospital resources as a result of COVID-19. Defendant is without information sufficient to form a belief as to the truth of the remainder of allegations in Paragraph 3, and therefore denies the same.

4.       Deny.

5.       Defendant denies the descriptive characterizations contained in Paragraph 5. Defendant admits that significant measures were taken to avert a public health crisis, including

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

2

the installation of a field hospital in Seattle's CenturyLink Field, the mobilization of health care workers, and businesses requiring employees to work from home. Defendant is without information sufficient to form a belief as to the truth of the remainder of the allegations in Paragraph 5, and therefore denies the same.

6.      Defendant denies the descriptive characterizations contained in Paragraph 6. Defendant admits that Washington has pulled together to flatten the epidemiological curve of the virus. Defendant further admits that he ordered restrictions on movement and gathering in the state. Defendant denies the remainder of the allegations in Paragraph 6.

7.      Defendant admits that one important goal, among others, of public health measures taken in response to the virus was to spread the rate of infections over a longer time interval. Defendant denies the remainder of the allegations in Paragraph 7.

8.      Deny.

9.      Defendant admits that one important goal, among others, of public health measures taken in response to the virus was to spread the rate of infection out over time to prevent the overwhelming of medical resources. Defendant denies the remainder of the allegations in Paragraph 9.

10.     Defendant admits that COVID-19 posed—and continues to pose—a threat to the state. Defendant denies that the factors identified in Paragraph 10 were exhaustive of how this threat was characterized or assessed.

11.     Defendant admits that he issued Proclamation 20-25 (the Proclamation) on March 23, 2020. Defendant admits that this Proclamation has been described as a "Stay Home, Stay Healthy" order. Defendant admits that one purpose of the Proclamation was to slow the spread of COVID-19. The text of the Proclamation and subsequent amendments speaks for itself. To the extent a further response is required, the remainder of Paragraph 11 is denied.

12.     Deny.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

13.     Deny.

14.     Deny.

15.     Defendant admits that in April, 2020, Washington State returned approximately 400 or the 500 ventilators it had received from the federal government, which were not suitable for treating COVID-19 patients, to the Strategic National Stockpile. Defendant denies the remainder of the allegations in Paragraph 15.

16.     Defendant admits that no patients were treated at the Army field hospital at CenturyLink Field before it was disassembled and redeployed for use elsewhere. To the extent a further response is required, the remainder of Paragraph 16 is denied.

17.     Defendant admits that as time goes on, medical officials are generally learning more about how to treat individuals affected with COVID-19. To the extent a further response is required, the remainder of Paragraph 17 is denied.

18.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 18, and therefore denies the same.

19.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 19, and therefore denies the same.

20.     Defendant admits that a significant percentage of those infected with COVID-19 are asymptomatic or pre-symptomatic. Defendant is without information sufficient to form a belief as to the truth of the remainder of the allegations in Paragraph 20, and therefore denies the same.

21.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 21, and therefore denies the same.

22.     Defendant denies that the threat to Washington's hospital system is gone. Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 22, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

4

23.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 23, and therefore denies the same.

24.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 24, and therefore denies the same.

25.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 25, and therefore denies the same.

26.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 26, and therefore denies the same.

27.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 27, and therefore denies the same.

28.     Defendant admits that COVID-19 appears to produce worse outcomes for some broadly-defined statistical population groups, including the elderly and individuals with certain underlying health conditions, than for others. Defendant denies the remainder of the allegations in Paragraph 28.

29.     Deny.

30.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 30, and therefore denies the same.

31.     Defendant admits that, at present, some restrictions on gatherings of people remain in place pursuant to the Governor's emergency orders. To the extent a further response is required, the remainder of Paragraph 31 is denied.

32.     Deny.

33.     Deny.

34.     Defendant admits that a significant percentage of those infected with COVID-19 are asymptomatic or pre-symptomatic. To the extent a further response is required, the remainder of Paragraph 34 is denied.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

1    35.    Admit.

2    36.    Deny.

3    37.    Defendant admits that more information about COVID-19 exists today than in

4 early March. Defendant admits that the threat to vulnerable populations remains. Defendant

5 denies the remainder of the allegations in Paragraph 37.

6    38.    Deny.

7    39.    Deny.

8    40.    Deny.

9    41.    Deny.

10   42.    Deny.

11   43.    Deny.

12   44.    Defendant admits that COVID-19 continues to threaten nursing homes.

13 Defendant denies the remainder of the allegations in Paragraph 44.

14   45.    Defendant admits that plans to track and trace the spread of the virus to prevent

15 its further spread have been considered and proposed. Defendant denies the remainder of the

16 allegations in Paragraph 45.

17   46.    Deny.

18   47.    Deny.

19   48.    Deny.

20   49.    Defendant is without information sufficient to form a belief as to the truth of the

21 in Paragraph 49, and therefore denies the same.

22   50.    Deny.

23   51.    Deny.

24   52.    Deny.

25

26 DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

53.     Paragraph 53 asserts legal conclusions and argument to which no response is required. To the extent a response is required, the allegations are denied.

## II.     JURISDICTION AND VENUE

54.     Paragraph 54 asserts legal conclusions and argument to which no response is required. To the extent a response is required, the allegations are denied.

55.     Paragraph 55 asserts legal conclusions and argument to which no response is required. To the extent a response is required, the allegations are denied.

56.     Paragraph 56 asserts legal conclusions and argument to which no response is required. To the extent a response is required, the allegations are denied.

57.     Defendant admits that venue is proper in this judicial district under 28 U.S.C. § 1391.

## III.     PARTIES

58.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 58, and therefore denies the same.

59.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 59, and therefore denies the same.

60.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 60, and therefore denies the same.

61.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 61, and therefore denies the same.

62.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 62, and therefore denies the same.

63.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 63, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

64.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 64, and therefore denies the same.

65.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 65, and therefore denies the same.

66.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 66, and therefore denies the same.

67.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 67, and therefore denies the same.

68.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 68, and therefore denies the same.

## IV.     FACT ALLEGATIONS

### A.     Relevant Public Health Data

69.     Paragraph 69 asserts legal conclusions and argument to which no response is required. To the extent a response is required, the allegations are denied.

70.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 70, and therefore denies the same.

71.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 71, and therefore denies the same.

72.     Defendant admits that COVID-19 poses a health threat to the very old, the very sick, and residents of long term care facilities. Defendant denies the remainder of the allegations in Paragraph 72.

73.     Defendant admits that the infection of front-line health care workers who work to protect the lives of those at risk of dying poses a public health risk. Defendant denies the remainder of the allegations in Paragraph 73.

74.     Deny.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

8

1   75.   Admit.

2   76.   Paragraph 76 asserts legal conclusions and argument to which no response is

3   required. To the extent a response is required, the allegations are denied.

4   77.   Paragraph 77 asserts legal conclusions and argument to which no response is

5   required. To the extent a response is required, the allegations are denied.

6   78.   Paragraph 78 asserts legal conclusions and argument to which no response is

7   required. To the extent a response is required, the allegations are denied.

8   79.   Defendant is without information sufficient to form a belief as to the truth of the

9   allegations in Paragraph 79, and therefore denies the same.

10   80.   Defendant is without information sufficient to form a belief as to the truth of the

11   allegations in Paragraph 80, and therefore denies the same.

12   81.   Paragraph 81 asserts legal conclusions and argument to which no response is

13   required. To the extent a response is required, the allegations are denied.

14   82.   Paragraph 82 asserts legal conclusions and argument to which no response is

15   required. To the extent a response is required, the allegations are denied.

16   83.   Deny.

17   84.   Defendant is without information sufficient to form a belief as to the truth of

18   allegations concerning the specific data released by county health departments. Defendant denies

19   the remainder of the allegations in Paragraph 84.

20   85.   Defendant is without information sufficient to form a belief as to the truth of the

21   allegations in Paragraph 85, and therefore denies the same.

22   86.   Defendant is without information sufficient to form a belief as to the truth of the

23   allegations in Paragraph 86, and therefore denies the same.

24   87.   Defendant is without information sufficient to form a belief as to the truth of the

25   allegations in Paragraph 87, and therefore denies the same.

26

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

1    88.    Deny.

2    89.    Defendant is without information sufficient to form a belief as to the truth of the

3    allegations in Paragraph 89, and therefore denies the same.

4    90.    Defendant is without information sufficient to form a belief as to the truth of the

5    allegations in Paragraph 90, and therefore denies the same.

6    91.    Defendant is without information sufficient to form a belief as to the truth of the

7    allegations in Paragraph 91, and therefore denies the same.

8    92.    Defendant is without information sufficient to form a belief as to the truth of the

9    allegations in Paragraph 92, and therefore denies the same.

10    93.    Defendant is without information sufficient to form a belief as to the truth of the

11    allegations in Paragraph 93, and therefore denies the same.

12    94.    Defendant is without information sufficient to form a belief as to the truth of the

13    allegations in Paragraph 94, and therefore denies the same.

14    95.    Defendant is without information sufficient to form a belief as to the truth of the

15    allegations in Paragraph 95, and therefore denies the same.

16    96.    Defendant is without information sufficient to form a belief as to the truth of the

17    allegations in Paragraph 96, and therefore denies the same.

18    97.    Defendant is without information sufficient to form a belief as to the truth of the

19    allegations in Paragraph 97, and therefore denies the same.

20    98.    Defendant denies the descriptive characterizations contained in Paragraph 98.

21    Defendant is without information sufficient to form a belief as to the truth of the remainder of

22    Paragraph 98, and therefore denies the same.

23    99.    Defendant is without information sufficient to form a belief as to the truth of the

24    allegations in Paragraph 99, and therefore denies the same.

25

26    DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

                    10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

1        100.    Defendant is without information sufficient to form a belief as to the truth of the

2   allegations in Paragraph 100, and therefore denies the same.

3        101.    Defendant is without information sufficient to form a belief as to the truth of the

4   allegations in Paragraph 101, and therefore denies the same.

5        102.    Deny.

6        103.    Deny.

7        104.    Defendant is without information sufficient to form a belief as to the truth of the

8   allegations in Paragraph 104, and therefore denies the same.

9        105.    Deny.

10        106.    Defendant admits that Paragraph 106 appears to contain an accurate quotation of

11  Dr. Anthony S. Fauci from a news release. Defendant denies the remainder of the allegations in

12  paragraph 106.

13        107.    Paragraph 107 asserts legal conclusions and argument to which no response is

14  required. To the extent a response is required, the allegations are denied.

15        108.    Paragraph 108 asserts legal conclusions and argument to which no response is

16  required. To the extent a response is required, the allegations are denied.

17        109.    Deny.

18        110.    Deny.

19        111.    Defendant is without information sufficient to form a belief as to the truth of the

20  allegations in Paragraph 111, and therefore denies the same.

21        112.    Deny.

22        113.    Defendant is without information sufficient to form a belief as to the truth of the

23  allegations in Paragraph 113, and therefore denies the same.

24        114.    Defendant is without information sufficient to form a belief as to the truth of the

25  allegations in Paragraph 114, and therefore denies the same.

26  DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

115.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 115, and therefore denies the same.

116.    Deny.

117.    Defendant denies the descriptive characterizations contained in Paragraph 117. Defendant is without information sufficient to form a belief as to the truth of the remainder of Paragraph 117, and therefore denies the same.

118.    Deny.

119.    Paragraph 119 asserts legal conclusions and argument to which no response is required. To the extent a response is required, the allegations are denied.

120.    Deny.

121.    Paragraph 121 asserts legal conclusions and argument to which no response is required. To the extent a response is required, the allegations are denied.

122.    Defendant admits that he has declared a state of emergency. To the extent a further response is required, the remaining allegations in Paragraph 122 are denied.

**B.    Proclamations**

**1.        Proclamation 20-05**

123.    Admit.

124.    Defendant admits that Proclamation 20-25 cites RCW 43.06.220 as one authority for the exercise of emergency powers. To the extent a further response is required, the remaining allegations in Paragraph 124 are denied. Defendant denies any characterizations of Proclamation 20-25 that are inconsistent with the text of the Proclamation.

125.    Defendant admits that Proclamation 20-25 contains the quoted language, which contains part of the Governor's rational for emergency action. To the extent a further response is required, the remaining allegations in Paragraph 125 are denied. Defendant denies any

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

1  characterizations of Proclamation 20-25 that are inconsistent with the text of the Proclamation.

2  126.   Admit.

3  127.   Admit.

4  128.   Admit.

5  129.   Admit.

6  130.   Admit.

7  131.   Admit.

8  132.   Admit.

9  133.   With the omission of the word "identifies," admit.

10  134.   Admit.

11  135.   Defendant admits that one reason among others for his issuance of Proclamation

12  20-25 was the risk that hospitals in Washington could become overwhelmed. Defendant denies

13  the remainder of the allegations in Paragraph 135.

14  136.   Defendant admits that one reason among others for his exercise of emergency

15  powers was the risk that hospitals in Washington could become overwhelmed. Defendant denies

16  the remainder of the allegations in Paragraph 136.

17  **2.     May 4, 2020 Proclamation**

18  137.   Deny.

19  138.   Defendant admits that on May 4, 2020, Defendant ordered "that Proclamation 20-

20  05 and all amendments thereto remain in effect as otherwise amended, and that, to help preserve

21  and maintain life, health, property or the public peace pursuant to RCW 43.06.220(1)(h),

22  Proclamations 20-25, 20-25.1 and 20-25.2 (Stay Home – Stay Healthy) are amended to extend

23  all of the prohibitions and each expiration date therein to May 31, 2020, except for those

24  prohibitions regarding the specific activities listed below."

25  139.   Deny.

26  DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

13

140.     Defendant admits that the quoted language (without the emphasis) is contained in Proclamation 20-25.3, issued on May 4, 2020. Defendant denies the remainder of the allegations in Paragraph 140.

141.     Defendant admits that the quoted language is contained in Proclamation 20-25.3.

142.     Defendant admits that Proclamation 20-25.3 does not specifically discuss the rate of deaths among people over the age of eighty or sixty. Defendant denies the remainder of the allegations in Paragraph 142.

143.     Defendant admits that Proclamation 20-25.3 does not specifically discuss the number of deaths among people under the age of twenty. Defendant denies the remainder of the allegations in Paragraph 143.

144.     Admit.

145.     Deny.

146.     Defendant admits that the epidemiological models on which he and other state officials rely do not generally disaggregate projected deaths among different demographic groups. Defendant denies the remainder of the allegations in Paragraph 146.

147.     Deny.

148.     Defendant is without information sufficient to form a belief as what plaintiffs believe, and therefore denies the same. Defendant denies the remainder of the allegations in Paragraph 148.

149.     Deny.

150.     Defendant is without information sufficient to form a belief as what plaintiffs believe, and therefore denies the same. Defendant denies the remainder of the allegations in Paragraph 150.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

14

1    151.   Defendant admits that Proclamation 20-25.3 contains the quoted language

2    (excluding the alteration), in reference to religious services. Defendant denies the

3    characterizations contained in Paragraph 151.

4    152.   Defendant is without information sufficient to form a belief as to the truth of the

5    allegations in Paragraph 152, and therefore denies the same.

6    153.   Deny.

7    154.   Defendant is without information sufficient to form a belief as to the truth of the

8    allegations in Paragraph 154, and therefore denies the same.

9    155.   Paragraph 155 asserts legal conclusions and argument to which no response is

10   required. To the extent a response is required, the allegations are denied.

11   156.   Defendant admits that Proclamation 20-25.3 states: "the worldwide COVID-19

12   pandemic and its progression in Washington State continue to threaten the life and health of our

13   people as well as the economy of Washington State, and remain a public disaster affecting life,

14   health, property or the public peace[.]"

15   157.   Deny.

16   158.   Defendant admits that COVID-19 threatens the life and health of vulnerable

17   Washingtonians. Defendant denies the remainder of the allegations in Paragraph 158.

18   159.   Deny.

19   160.   Deny.

20   161.   Paragraph 161 asserts legal conclusions and argument to which no response is

21   required. To the extent a response is required, the allegations are denied.

22   **C.    Harm To Each Plaintiff**

23   **1.    Drew MacEwen**

24   162.   Defendant is without information sufficient to form a belief as to the truth of the

25   allegations in Paragraph 162, and therefore denies the same.

26   DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

15

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

163.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 163, and therefore denies the same.

164.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 164, and therefore denies the same.

165.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 165, and therefore denies the same.

166.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 166, and therefore denies the same.

167.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 167, and therefore denies the same.

168.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 168, and therefore denies the same.

**2.     Andrew Barkins**

169.     Admit.

170.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 170, and therefore denies the same.

171.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 171, and therefore denies the same.

172.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 172, and therefore denies the same.

173.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 173, and therefore denies the same.

174.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 174, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

16

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

175.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 175, and therefore denies the same.

176.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 176, and therefore denies the same.

177.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 177, and therefore denies the same.

178.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 178, and therefore denies the same.

179.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 179, and therefore denies the same.

180.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 180, and therefore denies the same.

181.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 181, and therefore denies the same.

182.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 182, and therefore denies the same.

183.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 183, and therefore denies the same.

184.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 184, and therefore denies the same.

**3.      Chris Corry**

185.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 185, and therefore denies the same.

186.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 186, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

17

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

187.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 187, and therefore denies the same.

188.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 188, and therefore denies the same.

189.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 189, and therefore denies the same.

190.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 190, and therefore denies the same.

191.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 191, and therefore denies the same.

192.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 192, and therefore denies the same.

193.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 193, and therefore denies the same.

194.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 194, and therefore denies the same.

195.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 195, and therefore denies the same.

196.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 196, and therefore denies the same.

197.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 197, and therefore denies the same.

198.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 198, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

18

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

199.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 199, and therefore denies the same.

200.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 200, and therefore denies the same.

201.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 201, and therefore denies the same.

202.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 202, and therefore denies the same.

203.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 203, and therefore denies the same.

204.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 204, and therefore denies the same.

205.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 205, and therefore denies the same.

206.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 206, and therefore denies the same.

207.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 207, and therefore denies the same.

208.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 208, and therefore denies the same.

209.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 209, and therefore denies the same.

210.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 210, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

211.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 211, and therefore denies the same.

212.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 212, and therefore denies the same.

213.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 213, and therefore denies the same.

214.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 214, and therefore denies the same.

215.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 215, and therefore denies the same.

216.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 216, and therefore denies the same.

217.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 217, and therefore denies the same.

218.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 218, and therefore denies the same.

219.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 219, and therefore denies the same.

220.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 220, and therefore denies the same.

221.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 221, and therefore denies the same.

222.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 222, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

20

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

223.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 223, and therefore denies the same.

224.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 224, and therefore denies the same.

**4.      Brandon Vick**

225.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 225, and therefore denies the same.

226.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 226, and therefore denies the same.

227.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 227, and therefore denies the same.

228.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 228, and therefore denies the same.

229.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 229, and therefore denies the same.

230.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 230, and therefore denies the same.

231.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 231, and therefore denies the same.

232.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 232, and therefore denies the same.

233.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 233, and therefore denies the same.

234.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 234, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

21

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

235.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 235, and therefore denies the same.

236.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 236, and therefore denies the same.

237.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 237, and therefore denies the same.

238.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 238, and therefore denies the same.

239.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 239, and therefore denies the same.

240.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 240, and therefore denies the same.

241.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 241, and therefore denies the same.

242.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 242, and therefore denies the same.

243.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 243, and therefore denies the same.

244.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 244, and therefore denies the same.

245.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 245, and therefore denies the same.

246.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 246, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

22

247.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 247, and therefore denies the same.

248.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 248, and therefore denies the same.

249.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 249, and therefore denies the same.

250.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 250, and therefore denies the same.

251.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 251, and therefore denies the same.

252.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 252, and therefore denies the same.

**5.    Kelly Chambers**

253.    Admit.

254.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 254, and therefore denies the same.

255.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 255, and therefore denies the same.

256.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 256, and therefore denies the same.

257.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 257, and therefore denies the same.

258.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 258, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

23

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

259.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 259, and therefore denies the same.

260.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 260, and therefore denies the same.

261.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 261, and therefore denies the same.

262.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 262, and therefore denies the same.

263.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 263, and therefore denies the same.

264.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 264, and therefore denies the same.

265.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 265, and therefore denies the same.

266.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 266, and therefore denies the same.

267.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 267, and therefore denies the same.

268.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 268, and therefore denies the same.

269.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 269, and therefore denies the same.

270.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 270, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

24

271.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 271, and therefore denies the same.

272.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 272, and therefore denies the same.

273.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 273, and therefore denies the same.

274.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 274, and therefore denies the same.

275.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 275, and therefore denies the same.

276.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 276, and therefore denies the same.

277.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 277, and therefore denies the same.

278.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 278, and therefore denies the same.

279.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 279, and therefore denies the same.

280.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 280, and therefore denies the same.

281.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 281, and therefore denies the same.

282.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 282, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

25

283.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 283, and therefore denies the same.

**6.     Phil Fortunato**

284.    Admit.

285.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 285, and therefore denies the same.

286.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 286, and therefore denies the same.

287.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 287, and therefore denies the same.

288.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 288, and therefore denies the same.

289.    Defendant admits that the Governor's Proclamations have limited some construction activity. To the extent a further response is required, the remainder of Paragraph 289 is denied.

290.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 290, and therefore denies the same.

291.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 291, and therefore denies the same.

292.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 292, and therefore denies the same.

293.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 293, and therefore denies the same.

294.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 294, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

26

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

1

**7.   Michael McKee**

2   295.   Defendant is without information sufficient to form a belief as to the truth of the

3   allegations in Paragraph 295, and therefore denies the same.

4   296.   Defendant is without information sufficient to form a belief as to the truth of the

5   allegations in Paragraph 296, and therefore denies the same.

6   297.   Defendant is without information sufficient to form a belief as to the truth of the

7   allegations in Paragraph 297, and therefore denies the same.

8   298.   Defendant is without information sufficient to form a belief as to the truth of the

9   allegations in Paragraph 298, and therefore denies the same.

10   299.   Defendant is without information sufficient to form a belief as to the truth of the

11   allegations in Paragraph 299, and therefore denies the same.

12   300.   Defendant is without information sufficient to form a belief as to the truth of the

13   allegations in Paragraph 300, and therefore denies the same.

14   301.   Defendant is without information sufficient to form a belief as to the truth of the

15   allegations in Paragraph 301, and therefore denies the same.

16   302.   Defendant is without information sufficient to form a belief as to the truth of the

17   allegations in Paragraph 302, and therefore denies the same.

18   303.   Defendant is without information sufficient to form a belief as to the truth of the

19   allegations in Paragraph 303, and therefore denies the same.

20   304.   Defendant is without information sufficient to form a belief as to the truth of the

21   allegations in Paragraph 304, and therefore denies the same.

22   305.   Defendant is without information sufficient to form a belief as to the truth of the

23   allegations in Paragraph 305, and therefore denies the same.

24   306.   Defendant is without information sufficient to form a belief as to the truth of the

25   allegations in Paragraph 306, and therefore denies the same.

26   DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

27

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

307.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 307, and therefore denies the same.

308.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 308, and therefore denies the same.

309.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 309, and therefore denies the same.

310.    Paragraph 310 asserts legal conclusions to which no response is required. To the extent a response is required, it is denied.

311.    Paragraph 311 asserts legal conclusions to which no response is required. To the extent a response is required, it is denied.

312.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 312, and therefore denies the same.

313.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 313, and therefore denies the same.

314.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 314, and therefore denies the same.

315.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 315, and therefore denies the same.

316.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 316, and therefore denies the same.

317.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 317, and therefore denies the same.

318.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 318, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

28

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

319.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 319, and therefore denies the same.

320.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 320, and therefore denies the same.

321.    Defendant admits that certain social events have been banned as a result of the Proclamation. Defendant denies that all social events have been banned.

322.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 322, and therefore denies the same.

323.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 323, and therefore denies the same.

324.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 324, and therefore denies the same.

**8.    Fran Wills**

325.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 325, and therefore denies the same.

326.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 326, and therefore denies the same.

327.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 327, and therefore denies the same.

328.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 328, and therefore denies the same.

329.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 329, and therefore denies the same.

330.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 330, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

29

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

331.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 331, and therefore denies the same.

332.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 332, and therefore denies the same.

333.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 333, and therefore denies the same.

334.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 334, and therefore denies the same.

335.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 335, and therefore denies the same.

336.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 336, and therefore denies the same.

337.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 337, and therefore denies the same.

338.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 338, and therefore denies the same.

339.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 339, and therefore denies the same.

340.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 340, and therefore denies the same.

341.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 341, and therefore denies the same.

342.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 342, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

30

343.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 343, and therefore denies the same.

344.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 344, and therefore denies the same.

345.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 345, and therefore denies the same.

346.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 346, and therefore denies the same.

347.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 347, and therefore denies the same.

348.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 348, and therefore denies the same.

349.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 349, and therefore denies the same.

350.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 350, and therefore denies the same.

351.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 351, and therefore denies the same.

352.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 352, and therefore denies the same.

353.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 353, and therefore denies the same.

354.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 354, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

31

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

1      355.    Defendant is without information sufficient to form a belief as to the truth of the

2  allegations in Paragraph 355, and therefore denies the same.

3      **9.    Bruce Russell**

4      356.    Defendant is without information sufficient to form a belief as to the truth of the

5  allegations in Paragraph 356, and therefore denies the same.

6      357.    Defendant is without information sufficient to form a belief as to the truth of the

7  allegations in Paragraph 357, and therefore denies the same.

8      358.    Defendant is without information sufficient to form a belief as to the truth of the

9  allegations in Paragraph 358, and therefore denies the same.

10      359.    Defendant is without information sufficient to form a belief as to the truth of the

11  allegations in Paragraph 359, and therefore denies the same.

12      360.    Defendant is without information sufficient to form a belief as to the truth of the

13  allegations in Paragraph 360, and therefore denies the same.

14      361.    Defendant is without information sufficient to form a belief as to the truth of the

15  allegations in Paragraph 361, and therefore denies the same.

16      362.    Defendant is without information sufficient to form a belief as to the truth of the

17  allegations in Paragraph 362, and therefore denies the same.

18      363.    Defendant is without information sufficient to form a belief as to the truth of the

19  allegations in Paragraph 363, and therefore denies the same.

20      364.    Defendant is without information sufficient to form a belief as to the truth of the

21  allegations in Paragraph 364, and therefore denies the same.

22      365.    Defendant is without information sufficient to form a belief as to the truth of the

23  allegations in Paragraph 365, and therefore denies the same.

24      366.    Defendant is without information sufficient to form a belief as to the truth of the

25  allegations in Paragraph 366, and therefore denies the same.

26  DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

367.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 367, and therefore denies the same.

**10.     Dave McMullan**

368.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 368, and therefore denies the same.

369.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 369, and therefore denies the same.

370.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 370, and therefore denies the same.

371.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 371, and therefore denies the same.

372.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 372, and therefore denies the same.

373.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 373, and therefore denies the same.

374.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 374, and therefore denies the same.

375.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 375, and therefore denies the same.

376.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 376, and therefore denies the same.

377.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 377, and therefore denies the same.

378.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 378, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

33

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

379.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 379, and therefore denies the same.

380.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 380, and therefore denies the same.

381.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 381, and therefore denies the same.

382.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 382, and therefore denies the same.

383.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 383, and therefore denies the same.

**11.    Isaac Vellekamp**

384.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 384, and therefore denies the same.

385.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 385, and therefore denies the same.

386.    Defendant admits that police, firefighters, and first responders are designated essential workforce under the Appendix to Proclamation 20-25. Defendant is without information sufficient to form a belief as to the truth of the remainder of the allegations in Paragraph 386, and therefore denies the same.

387.    Defendant admits that many doctors and nurses are designated essential workforce under the Appendix to Proclamation 20-25. Defendant is without information sufficient to form a belief as to the truth of the remainder of the allegations in Paragraph 387, and therefore denies the same.

388.    Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 388, and therefore denies the same.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

34

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

389.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 389, and therefore denies the same.

390.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 390, and therefore denies the same.

391.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 391, and therefore denies the same.

392.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 392, and therefore denies the same.

393.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 393, and therefore denies the same.

394.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 394, and therefore denies the same.

395.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 395, and therefore denies the same.

396.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 396, and therefore denies the same.

397.     Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 397, and therefore denies the same.

## V.     CAUSES OF ACTION

398.     Defendant incorporates by reference his answers to paragraphs 1 through 397.

**A.     Count I: Declaratory Relief That the Proclamations Infringe the First Amendment Right to Free Exercise of Religion**

399.     Paragraph 399 asserts legal conclusions to which no response is required. To the extent a response is required, it is denied.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

35

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

**B.** **Count II: Declaratory Relief That Proclamations Infringe the Fifth Amendment Right to Liberty, Which has Been Deprived of Plaintiffs Without Due Process of Law**

400.    Paragraph 400 asserts legal conclusions to which no response is required. To the extent a response is required, it is denied.

**C.** **Count III: Declaratory Relief That Proclamations Infringe the Fifth Amendment Right to Liberty, Which has Been Deprived of Plaintiffs Without Due Process of Law**

401.    Paragraph 401 asserts legal conclusions to which no response is required. To the extent a response is required, it is denied.

**D.** **Count IV: Declaratory Relief That Proclamations Infringe the Constitutional Right of People to Work for a Living**

402.    Paragraph 402 asserts legal conclusions to which no response is required. To the extent a response is required, it is denied.

**E.** **Count V: Declaratory Relief That Proclamations Deprive Citizens of Property Without Due Process of Law**

403.    Paragraph 403 asserts legal conclusions to which no response is required. To the extent a response is required, it is denied.

**F.** **Count VI: Violation of Civil Rights (42 U.S.C. § 1983)**

404.    Paragraph 404 asserts legal conclusions to which no response is required. To the extent a response is required, it is denied.

405.    Paragraph 405 asserts legal conclusions to which no response is required. To the extent a response is required, it is denied.

406.    Paragraph 406 asserts legal conclusions to which no response is required. To the extent a response is required, it is denied.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

36

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

**G.     Count VII: Constitutionality of State Statutes**

407.     Paragraph 407 asserts legal conclusions to which no response is required. To the extent a response is required, it is denied.

**H.     Count VIII: Injunctive Relief**

408.     Paragraph 408 asserts legal conclusions to which no response is required. To the extent a response is required, it is denied.

409.     Paragraph 409 asserts legal conclusions to which no response is required. To the extent a response is required, it is denied.

**VI.     JURY DEMAND**

410.     This paragraph asserts Plaintiffs' request for a trial by jury and requires no response. To the extent a response is required, it is denied.

**VII.     PRAYER FOR RELIEF**

411–114.     The four paragraphs in this part of the Complaint, constitute Plaintiffs' request for relief, to which no response is required. To the extent a response is required, Defendant denies that Plaintiffs are entitled to the relief requested or to any relief whatsoever.

**VIII.   DEFENDANT'S AFFIRMATIVE DEFENSES**

The Defendant's affirmative defenses to the Complaint are set forth below. By setting forth the following defenses, Defendant does not assume the burden of proof on the matter and issue other than for those on which he has the burden of proof as a matter of law. Defendant reserves the right to supplement these defenses.

1.     Defendant is immune from suit under the Eleventh Amendment to the U.S. Constitution.

2.     Defendant is entitled to qualified immunity.

3.     Plaintiffs have failed to exhaust administrative remedies.

4.     Plaintiffs lack standing.

DEFENDANT GOVERNOR JAY INSLEE'S ANSWER TO AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND AFFIRMATIVE DEFENSES NO.  3:20-CV-05423-BHS

37

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

5.      Plaintiffs' claims are moot or unripe.

6.      This case is non-justiciable.

7.      This Court lacks subject matter jurisdiction.

8.      Plaintiffs have failed to state a claim upon which relief may be granted.

9.      Plaintiffs have failed to join necessary parties.

10.     Abstention doctrines warrant a stay or dismissal of the case.

11.     The Proclamation is a neutral law of general application and rationally related to a legitimate governmental purpose.

12.     The Proclamation is content-neutral, narrowly tailored to serve a significant governmental interest, and leaves open ample alternative channels for assembly.

13.     The Proclamation serves compelling governmental interests that are unrelated to the suppression of ideas, speech, association, or assembly, and that cannot be achieved through significantly less restrictive means.

14.     The Proclamation is narrowly tailored to advance a compelling governmental interest.

15.     The Proclamation has a real and substantial relation to the COVID-19 public health crisis and is not a plain, palpable invasion of Plaintiffs' rights.

## IX.    DEFENDANT'S REQUEST FOR RELIEF

Wherefore, Defendant prays that the Court:

Dismiss Plaintiffs' Complaint with prejudice and without leave to amend;

1.      Deny all relief that Plaintiffs' request;

2.      Grant Defendant his costs and reasonable attorney fees; and

3.      Grant Defendant such other and further relief as the Court may deem just and proper.

DEFENDANT GOVERNOR
JAY INSLEE'S ANSWER TO
AMENDED COMPLAINT FOR
DECLARATORY AND INJUNCTIVE
RELIEF AND AFFIRMATIVE
DEFENSES
NO.  3:20-CV-05423-BHS

38

1      DATED this 9th day of June 2020.

2                                              ROBERT W. FERGUSON
                                               Attorney General
3

4                                              *s/ Brendan Selby*
                                               BRENDAN SELBY, WSBA No. 55325
5                                              ZACHARY PEKELIS JONES, WSBA No. 44557
                                                 Assistant Attorney General
6                                                Complex Litigation Division
                                               JEFFREY T. EVEN, WSBA No. 20367
7                                              EMMA S. GRUNBERG, WSBA No. 54659
                                               PAUL M. WEIDEMAN, WSBA No. 42254
8                                                Deputy Solicitors General
                                               800 Fifth Avenue, Suite 2000
9                                              Seattle, WA  98104
                                               (206) 254-4270
10                                             (206) 332-7089
                                               (206) 521-3222
11                                             (360) 586-0728
                                               (360) 753-7085
12                                             brendan.selby@atg.wa.gov
                                               zach.jones@atg.wa.gov
13                                             jeffrey.even@atg.wa.gov
                                               emma.grunberg@atg.wa.gov
14                                             paul.weideman@atg.wa.gov

15
                                               *Attorneys for Defendant Jay Inslee,*
16                                             *Governor of Washington*

17

18

19

20

21

22

23

24

25

26   DEFENDANT GOVERNOR                    39        ATTORNEY GENERAL OF WASHINGTON
     JAY INSLEE'S ANSWER TO                              Complex Litigation Division
     AMENDED COMPLAINT FOR                                800 5th Avenue, Suite 2000
     DECLARATORY AND INJUNCTIVE                            Seattle, WA 98104-3188
     RELIEF AND AFFIRMATIVE                                    (206) 474-7744
     DEFENSES
     NO.  3:20-CV-05423-BHS