United States District Court
For The Western District Of Washington
At Tacoma

Drew MacEwen, Andrew Barkis, Chris Corry, Brandon Vick, Kelly Chambers, Phil Fortunato, Michael McKee, Fran Wills, Bruce Russell, Dave McMullan, and Isaac Vellekamp,

    *Plaintiffs*,

v.

Jay Inslee, in his official capacity as the Governor of Washington,

    *Defendant.*

No. 3:20-cv-05423-BHS

Order Granting Leave to File Overlength Brief

Plaintiffs' motion to file a motion for preliminary injunction in excess of twenty-four pages is **GRANTED**. Defendants may have thirty-four pages of substantive response, and Plaintiff may have seventeen pages of substantive reply.

**IT IS SO ORDERED.**

Dated this 10th day of June, 2020.

                BENJAMIN H. SETTLE
                United States District Judge