The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DREW MACEWEN, *et al.*,

    Plaintiffs,

vs.

GOVERNOR JAY INSLEE, in his official capacity as the Governor of Washington,

    Defendant.

NO. 3:20-cv-05423-BHS

ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

[PROPOSED]

NOTED FOR: JUNE 19, 2020

This matter having come before the Court on Plaintiffs' Motion for Preliminary Injunction (Dkt. #14), and the Court having considered the Motion and argument, and the following pleadings:

1. Motion for Preliminary Injunction (Dkt. #14);
2. Declaration of Andrew Barkis (Dkt. #15);
3. Declaration of Joel Ard (Dkt. #16);
4. Declaration of Chris Corry (Dkt. #17);
5. Declaration of Phil Fortunato (Dkt. #18);
6. Declaration of Drew MacEwen (Dkt. #19);
7. Declaration of Michael McKee (Dkt. #20);
8. Declaration of Dave McMullen (Dkt. #21);

ORDER DENYING PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION [PROPOSED]
NO. 3:20-CV-05423-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

1     9. Declaration of Bruce Russell (Dkt. #22);

2    10. Declaration of Isaac Vellekamp (Dkt. #23);

3    11. Declaration of Brandon Vick (Dkt. #24);

4    12. Declaration of Fran Willis (Dkt. #25);

5    13. Defendant's Response to Plaintiffs' Motion for Preliminary Injunction;

6    14. Declaration of Zachary Pekelis Jones;

7    15. Declaration of David Postman;

8    16. Declaration of Dr. Kathy Lofy; and

9    17. Declaration of Kevin Wickersham.

And this Court finding itself fully informed, hereby denies Plaintiff's Motion for Temporary Restraining Order.

DATED this _____ day of _____, 2020.

_____
THE HONORABLE BENJAMIN H. SETTLE

DATED this 15th day of June, 2020.

Presented by:

ROBERT W. FERGUSON
Attorney General

*s/ Zachary Pekelis Jones*
ZACHARY PEKELIS JONES, WSBA No. 44557
BRENDAN SELBY, WSBA No. 55325
  Assistant Attorney General
  Complex Litigation Division
EMMA S. GRUNBERG, WSBA No. 54659
JEFFREY T. EVEN, WSBA No. 20367
PAUL M. WEIDEMAN, WSBA No. 42254
  Deputy Solicitors General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 254-4270
(206) 332-7089

ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED]
NO. 3:20-CV-05423-BHS

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

| | |
|---|---|
| 1 | (206) 521-3222 |
| 2 | (360) 586-0728<br>(360) 753-7085 |
| 3 | brendan.selby@atg.wa.gov<br>zach.jones@atg.wa.gov |
| 4 | emma.grunberg@atg.wa.gov<br>jeffrey.even@atg.wa.gov |
| 5 | paul.weideman@atg.wa.gov |
| 6 | *Attorneys for Defendant Jay Inslee,* |
| 7 | *Governor of Washington* |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED]
NO. 3:20-CV-05423-BHS

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744