The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DREW MACEWEN, *et al.*,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GOVERNOR JAY INSLEE, in his official capacity as the Governor of Washington,<br><br>  Defendant. | NO. 3:20-cv-05423-BHS<br><br>NOTICE OF INTENT TO FILE SURREPLY |

Pursuant to LCR 7(g)(1), Defendant Governor Jay Inslee hereby notifies the Court and Plaintiffs of his intent to file a surreply for the sole purpose of moving to strike material contained in and attached to Plaintiffs' Reply re Preliminary Injunction, Dkt. #37 (filed June 19, 2020).

Dated this 22nd of June 2020.

ROBERT W. FERGUSON
Attorney General

*s/ Zachary Pekelis Jones*
ZACHARY PEKELIS JONES, WSBA No. 44557
BRENDAN SELBY, WSBA No. 55325
  Assistant Attorney General
  Complex Litigation Division
EMMA S. GRUNBERG, WSBA No. 54659
JEFFREY T. EVEN, WSBA No. 20367
PAUL M. WEIDEMAN, WSBA No. 42254
  Deputy Solicitors General

NOTICE OF INTENT TO FILE SURREPLY
NO. 3:20-CV-05423-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

| | |
|---|---|
| 1 | 800 Fifth Avenue, Suite 2000 |
| 2 | Seattle, WA  98104 |
| | (206) 254-4270 |
| 3 | (206) 332-7089 |
| | (206) 521-3222 |
| 4 | (360) 586-0728 |
| | (360) 753-7085 |
| 5 | brendan.selby@atg.wa.gov |
| | zach.jones@atg.wa.gov |
| 6 | emma.grunberg@atg.wa.gov |
| 7 | jeffrey.even@atg.wa.gov |
| | paul.weideman@atg.wa.gov |

*Attorneys for Defendant Jay Inslee, Governor of Washington*

NOTICE OF INTENT TO FILE
SURREPLY
NO. 3:20-CV-05423-BHS

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744