The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DREW MACEWEN, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNOR JAY INSLEE, in his official capacity as the Governor of Washington, <br><br> Defendant. | NO. 3:20-cv-05423-BHS <br><br> NOTICE OF SUPPLEMENTAL AUTHORITY |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to LCR 7(n), Defendant hereby notifies the Court of the following supplemental authorities, attached hereto as Exhibits 1 and 2, respectively, in support of his Response to Plaintiffs' Motion for Preliminary Injunction, Dkt. #31: (1) the July 14, 2020 Order of the U.S. District Court for the Eastern District of Washington in *Slidewaters LLC v. Washington Department of Labor & Industries*, No. 2:20-CV-0210-TOR, 2020 WL 3979661, in which the court, consolidating the plaintiff's motion for a preliminary injunction with a hearing on the merits pursuant to Federal Rule of Civil Procedure 65(a)(2), denied preliminary and permanent injunctive relief and dismissed the plaintiff's complaint with prejudice; and (2) the June 26, 2020 Order and transcript of the oral ruling of the Chelan County Superior Court in *Cuevas v. State*, No. 20-2-00352-04, in which the court denied plaintiffs' motion for a temporary restraining order, concluding that under "the plain language of the statute [ch. 70.26 RCW], the statutory history, . . . it would be a huge stretch to say

NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 3:20-CV-05423-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

that this is supposed to be the plan that's in place if we're in the middle of a pandemic, regardless of whether it's influenza or not" because "[i]t's a preparedness statute." Ex. 2 at 82:7–12.

Dated this 16th of July 2020.

ROBERT W. FERGUSON
Attorney General

*s/ Zachary Pekelis Jones*
BRENDAN SELBY, WSBA No. 55325
ZACHARY PEKELIS JONES, WSBA No. 44557
  Assistant Attorney General
  Complex Litigation Division
EMMA S. GRUNBERG, WSBA No. 54659
JEFFREY T. EVEN, WSBA No. 20367
  Deputy Solicitors General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 254-4270
(206) 332-7089
(206) 521-3222
(360) 586-0728
(360) 753-7085
brendan.selby@atg.wa.gov
zach.jones@atg.wa.gov
emma.grunberg@atg.wa.gov
jeffrey.even@atg.wa.gov
*Attorneys for Defendant Jay Inslee,*
*Governor of Washington*

NOTICE OF SUPPLEMENTAL AUTHORITY
NO. 3:20-CV-05423-BHS

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744