The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DREW MACEWEN, *et al.*,<br><br>    Plaintiffs,<br><br>   vs.<br><br>GOVERNOR JAY INSLEE, in his official capacity as the Governor of Washington,<br><br>    Defendant. | NO. 3:20-cv-05423-BHS<br><br>NOTICE OF WITHDRAWAL |

TO: DREW MACEWEN, ANDREW BARKIS, CHRIS CORRY, BRANDON VICK, MICHAEL MCKEE, LEE PFLUGER, FRAN WILLS, AND BRUCE RUSSELL, Plaintiffs;

TO: JOEL ARD, Plaintiffs' Attorney; and

TO: CLERK OF THE COURT

YOU, AND EACH OF YOU, will please take notice Paul M. Weideman, Deputy Solicitor General, hereby withdraws as attorney for Defendant Jay Inslee, Governor of the State of Washington in the above-entitled action, effective immediately.

NOTICE OF WITHDRAWAL
NO. 3:20-CV-05423-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744

Dated this 28th of July 2020.

ROBERT W. FERGUSON
Attorney General

*/s/ Paul M. Weideman*
PAUL M. WEIDEMAN, WSBA No. 42254
Deputy Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(360) 753-7085
paul.weideman@atg.wa.gov

*Attorney for Defendant Jay Inslee,*
*Governor of Washington*

NOTICE OF WITHDRAWAL
NO.  3:20-CV-05423-BHS

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 474-7744