UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DREW MACEWEN, et al., | CASE NO. C20-5423 BHS |
| Plaintiffs, | ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE FOR LACK OF JURISDICTION |
| v. | |
| JAY INSLEE, in his official capacity as the Governor of Washington, | |
| Defendant. | |

This matter comes before the Court on the order to show cause. Dkt. 43.

On July 24, 2020, the Court *sua sponte* questioned its jurisdiction to hear Plaintiffs' claims and ordered any party to show cause why the Court should not dismiss the complaint without prejudice for lack of jurisdiction. *Id.* The Court set July 31, 2020 as the deadline for any response. *Id.* As of today's date, no party has responded or shown adequate cause. Therefore, the Court *sua sponte* dismisses Plaintiffs' complaint without prejudice for lack of jurisdiction. *In re Jackson*, 184 F.3d 1046, 1048 (9th Cir. 1999) ("Eleventh Amendment sovereign immunity limits the jurisdiction of the federal

ORDER - 1

1 | courts and can be raised by a party at any time during judicial proceedings or by the court
2 | sua sponte.").

3 | The Clerk shall enter judgment and close this case.

4 | **IT IS SO ORDERED**.

5 | Dated this 10th day of August, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge