# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| DREW MACEWEN, et al., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | CASE NO.  3:20-cv-05423-BHS |
| JAY INSLEE, in his official capacity as the Governor of Washington, | |
| Defendant. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find and ORDER as follows**:**

Plaintiff's complaint is dismissed without prejudice for lack of jurisdiction.

Dated this 10th day of August 2020.

William M. McCool
Clerk

*s/Gayle M. Riekena*
Deputy Clerk