# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| DREW MACEWEN, et al.,<br><br>                  Plaintiffs,<br><br>   v.<br><br>JAY INSLEE, in his official capacity as the Governor of Washington,<br><br>                  Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 3:20-cv-05423-BHS |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find and ORDER as follows**:**

    Plaintiff's complaint is dismissed without prejudice for lack of jurisdiction.

Dated this 10th day of August 2020.

                                                  William M. McCool
                                                 Clerk

                                                 *s/Gayle M. Riekena*
                                                 Deputy Clerk